**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01615-CV

## THOMAS, STUART, Appellant

### V.

## CARNAHAN THOMAS, LLP, FREDERICK HOELKE & ROY ROMO, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-11220-C**

## ORDER

Appellee Roy G. Romo's motion to adopt appellees' briefs is **GRANTED**.


/s/      DAVID L. BRIDGES
          JUSTICE